**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Center
Washington, DC 20581
Telephone: (202) 418-5320
www.cftc.gov

Division of
Enforcement

June 14, 2021

**VIA ECF**

Honorable Keith P. Ellison
United States District Court
Southern District of Texas
515 Rusk Street
Houston, Texas 77002

    Re:    *CFTC v. Troy Mason & Ztegrity, Inc.*, 4:21-mc-1373

Dear Judge Ellison:

    On Friday, June 11, 2021, I served the Defendants by email with the Order issued by the Court on June 10, 2021, granting the Commodity Futures Trading Commission's Motion for a Statutory Restraining Order. Accordingly, we respectfully request that the Court unseal the docket and file in this case.

                                                    Respectfully submitted,

                                                    */s/Tobias Fischer*
                                                    Tobias Fischer

                                                    Trial Attorney
                                                    Division of Enforcement
                                                    (202) 418-6169
                                                    tfischer@cftc.gov